IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ELBERT HICKS,

      Plaintiff,

v.                                                CASE NO. 1:06-cv-00193-MP-AK

DR. DONALD WINTER, et al.,

      Defendants.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 5, Plaintiff's amended complaint for employment discrimination.  Plaintiff maintains that he was discriminated against when he was denied "loss of wages through workers compensation and they failed to submit information to the office of workers compensation because of [his] filing a charge against them in the form of an EEO Complaint."  *Id*.  Plaintiff's employer was the United States Department of the Navy, and Plaintiff has named as defendants the Secretary of the Department of the Navy and two defendants at the Navy Air Station in Jacksonville, Florida.  *Id*.  It appears Plaintiff, who lives in Chesapeake, Virginia, worked in Jacksonville at the time of the events at issue.  *Id*.

Having carefully considered the matter, the Court finds that this cause should be transferred to another district, as there is no connection whatsoever to the Northern District of Florida.  Because Plaintiff has named the Secretary as a defendant, pursuant to 28 U.S.C. § 1391(e), this cause should have been filed either (1) where a defendant resides, (2) where "a

substantial part of the events or omissions giving rise to the claim occurred," or (3) where

Plaintiff resides.  Since it appears that Plaintiff was employed in Jacksonville, and it was there

that the events giving rise to this action occurred, transfer to the Middle District of Florida is

appropriate.

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be

**TRANSFERRED** to the United States District Court for the Middle District of Florida for all

further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this  9th  day of January, 2007.


s/ A.  KORNBLUM
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**